## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| U.S. Energy Services, Inc., as successor in interest to Integrys Energy Services, Inc. and WPS Energy Services, Inc., | Civil No. 10-771 (RHK/AJB) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Cellu Tissue Holdings, Inc., | |
| Defendant. | |

Based upon the parties' Stipulation of Dismissal with Prejudice (Doc. No. 41),

**IT IS ORDERED** that all claims that were raised in the matter are **DISMISSED WITH PREJUDICE**, without costs or disbursements awarded to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  July 14, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
